```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
```

DR. GERALD R. FINKEL,

      Petitioner,     **MEMORANDUM & ORDER**
                  22-CV-93(EK)(TAM)
   -against-

THORN ELECTRIC, Inc.,

      Respondent.

```
-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

   The Court has received Magistrate Judge Merkl's Report and Recommendation ("R&R") dated December 2, 2022. ECF No. 14. Judge Merkl recommends that I grant Dr. Gerald Finkel's petition to confirm and enforce an arbitration award entered against Thorn Electric, Inc. on December 28, 2021. Additionally, Judge Merkl recommends that I grant Dr. Finkel's request for attorney's fees and costs. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Merkl's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, Dr. Finkel's petition and request for attorney's fees and costs are granted.

The arbitration award is confirmed. Dr. Finkel is awarded (1) judgment in the amount of $172,802.78 and (2) attorney's fees and costs in the amount of $652. The Clerk of Court is respectfully directed to enter judgment in favor of Dr. Finkel and close this case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   January 5, 2023
         Brooklyn, New York